**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

SMITHERS FAMILY ENTERPRISES, LLC,

Plaintiff,

v.

LUNO, INC.

Defendant.

Case No. 2:26-cv-08085-MWC-PVC

**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE (DKT. [17]) [JS-6]**

Upon review of the Joint Stipulation to Dismiss Case Pursuant to Settlement ("Stipulation"), Dkt. # 17, brought under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Stipulation is **GRANTED**. The Stipulation is signed by all parties who have appeared in this action. Accordingly, the above-entitled matter and all claims herein are hereby **DISMISSED WITH PREJUDICE**. Each party shall bear their own costs and attorneys' fees.

**IT IS SO ORDERED.**

DATED: September 18, 2026

Honorable Michelle Wiliams Court
United States District Judge